**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01565-CR

**DOMINIC RAUL SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-10-53887-I**

## ORDER

The Court has before it appellant's motion to abate. Appellant asserts the reporter's record is missing a transcript of a December 10, 2010 hearing that culminated in his receiving deferred adjudication and ten years' community service. Appellant asserts the official court reporter for Criminal District Court No. 2 did not record the hearing and does not know who recorded such hearing. We **GRANT** appellant's motion to abate.

We **ORDER** the trial court to conduct a hearing to determine: (1) if the hearing held on December 10, 2010 was recorded; (2) if so recorded, by whom and can a record of the hearing be prepared; (3) if not, was appellant at fault for the record not being prepared for the hearing; and (4) whether the parties can agree on a substituted reporter's record.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this court within **THIRTY DAYS** from the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE